# CURRENT OHIO COURT of APPEALS CASES
## Weekly Advance Abstract Opinions

## EPITOMIZED OPINIONS
### Published only in the Abstract

### No. 811

CLEVE., CINC., CHIC., & ST. L. RY. CO.
v. FLATOW, RILEY & CO.

Ohio Appeals, 1st Dist., Hamilton Co.

No. 2831. Decided June 28, 1926

480. EVIDENCE—When judgment is rendered in favor of plaintiff against railroad for damages to shipment of cantaloupes due to delay in transportation, such delay being but a few hours; and the delay in selling the shipment extended over a period of eight days, such judgment reversed as being against the weight of evidence.

CUSHING, J.

Flatow, Riley & Co. brought an action against the Cleveland, Cincinnati, Chicago & St. Louis Ry. Co. in the Hamilton Common Pleas to recover damages claimed to have been caused by a delay in a shipment of cantaloupes from Johnson, Indiana, to Cincinnati, Ohio.

A verdict was returned for Flatow, Riley & Co. and error was prosecuted to reverse the judgment. The Court of Appeals held:

1. The car was iced and sent to Johnson to be loaded on Aug. 3rd. It was loaded on the afternoon of the 4th where it was re-iced that night. It arrived in Cincinnati and was re-iced on the afternoon of the August 6th.

2. The consignee received the car about 5:00 A. M., on Aug. 7th, and very little of the shipment was sold that day. The sale began August 8th and was not completed until Aug. 15th.

3. It is difficult to understand how a few hours delay in transportation, when the car was in good condition and properly iced, could cause the damage, when the delay in selling extended over a period of eight days.

4. Verdict and judgment are against the weight of the evidence.

Judgment reversed and cause remanded.

Attorneys—Harmon, Colston, Goldsmith & Hoadly for Railroad; Hightower, O'Brien & Porter for Company; all of Cincinnati.